UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VICTOR ROBINS,<br><br>    Petitioner,<br><br>  v.<br><br>SANDRA ALFARO, Warden,<br><br>    Respondent. | No. C 14-5488 MEJ (PR)<br><br>**ORDER OF TRANSFER** |

    This federal habeas action, in which petitioner challenges convictions he suffered in the Los Angeles County Superior Court, is TRANSFERRED to the Central District of California, as that is the district of conviction. See 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk is directed to transfer this matter forthwith.

    IT IS SO ORDERED.

DATED: December 23, 2014

Maria-Elena James
United States Magistrate Judge