UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-9837 MMM (MRW) | Date | October 1, 2015 |
|---|---|---|---|
| Title | Robins v. State of California | | |

Present: The Honorable   Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL

The Attorney General moved to dismiss the petition in this habeas action based on Petitioner's failure to properly exhaust his claims in the state supreme court.[1] (Docket # 21, 25.) The Court previously informed Petitioner of his options in the face of the dismissal motion. (Docket # 38.) All of those potential options required Petitioner to file a response with the Court by September 14. The Court specifically informed Petitioner that the failure to respond to the Court's order could result in dismissal of his action pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 7-12.

To date, Petitioner has not responded to the Court's order. Rather than summarily recommend dismissal of the action, the Court deems it to be in the interests of justice to give him one final chance. Petitioner is ORDERED to show cause why this action should not be dismissed under Federal Rule 41 for failure to prosecute the action or to comply with a Court order. Petitioner will file his response to the Court's OSC <u>and</u> his response to the Attorney General's dismissal motion by <u>October 23</u>.

**Petitioner is informed that failure to respond to the motion to dismiss may lead the Court to conclude that the motion is unopposed and that Petitioner consents to dismissal pursuant to Local Rule 7-12. Additionally, the failure to file a timely response will result in a recommendation that the action be dismissed for failure to prosecute the case pursuant to Federal Rule of Civil Procedure 41(b).**

---

[1]   Petitioner filed several related habeas actions in this Court and in the federal court in San Francisco. By earlier order, the Court informed Petitioner that the present action is the operative case in this district. (Docket # 28.)