JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROBINS,<br><br>        Petitioner,<br>vs.<br><br>STATE OF CALIFORNIA,<br><br>        Respondent. | Case No. CV 14-9837 CJC (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.

DATE: January 11, 2016

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE